Receipt 11092278

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
      UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

  APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

     Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 62.93

IN CHECK # 15705 $ 62.93
                          Representing unclaimed funds.

DATED: 8-18-2011

                            *[signature]*
                          ALBERT J. MOGAVERO
                          TRUSTEE

FILED AUG 22 2011 BANKRUPTCY COURT BUFFALO, N.Y.

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 178864 | SUTTON | 0602118 | 2.16 | DUSTIN R SUTTON | 1151 BLOOMINGDALE ROAD | | BASOM | NY | 14013 |
| 178877 | HACKER | 0603802 | 5.01 | CRAIG & ARLENE HACKER | 83 PROGRESSIVE AVENUE | | BUFFALO | NY | 14207 |
| 178881 | LOUGHREY | 0604093 | 4.68 | CHERYL A LOUGHREY | 4726 PORTER CENTER RD | | LEWISTON | NY | 14092-9765 |
| 178919 | CARRICK | 0812189 | 14.53 | KRISTIAN E CARRICK | 229 LE HAVRE DR. | | CHEEKTOWAGA | NY | 14227 |
| 178923 | PEREZ | 0812988 | 11.13 | RUBEN A PEREZ | 209 VERMONT STREET | | BUFFALO | NY | 14213-2251 |
| 178929 | SLAGOR | 0814132 | 5.01 | THOMAS & SANDRA SLAGOR | 13418 STEINER ROAD | | AKRON | NY | 14001 |
| 178941 | DICKENSON | 0911699 | 5.00 | JANET E DICKENSON | PO BOX 265 | | BEMUS POINT | NY | 14712 |
| 178942 | WILLIAMS | 0912075 | 5.02 | CHARLES A WILLIAMS | 326 FOX STREET | | BUFFALO | NY | 14211 |
| 178946 | VANCOURT | 0913656 | 5.00 | VICKI VANCOURT | 85 HEUSSY AVE. | | BUFFALO | NY | 14220 |
| 178951 | COOGAN | 1010019 | 5.39 | PATRICK COOGAN | 20 SIMON STREET | | BUFFALO | NY | 14207 |
| | | | $62.93 | | | | | | |